FILED'10 DEC 27 13:58USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARK D. MCQUEEN,

    Petitioner,               Civ. No. 10-893-CL

    v.                           **OPINION AND ORDER**

KLAMATH COUNTY,

    Respondent.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983). I conclude that the R and R is correct.

## CONCLUSION

    Magistrate Judge Clarke's Report and Recommendation (#10) is

1 - OPINION AND ORDER

adopted. The amended petition (#8) is denied and this action is dismissed without prejudice to re-file upon exhaustion of the claims. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(2).

    IT IS SO ORDERED.

    DATED this **27** day of December, 2010.

    */s/ Owen M. Panner*
    OWEN M. PANNER
    U.S. DISTRICT JUDGE

2 - ORDER